# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| SHARON ROYALL, individually and on behalf of all others similarly situated, § § § | |
| Plaintiff, § § | |
| v. § | Civil Action No. 5:20-cv-01240 |
| § § | |
| ASSET ACCEPTANCE LLC, § § | |
| Defendant. § § | |

## NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT BASED ON FEDERAL QUESTION JURISDICTION UNDER 28 U.S.C. §§ 1331 AND 1441

Defendant, Asset Acceptance LLC ("Asset Acceptance" or "Defendant"), hereby files this Notice of Removal, pursuant to 28 U.S.C. §§ 1331 and 1441, and removes to the United States District Court for the Western District of Texas the cause of action currently pending in the County Court in and for Bexar County, Texas, styled *Sharon Royall, individually and on behalf of all others similarly situated, v. Asset Acceptance LLC*, Civil Action No. 2020CV04349, on the following grounds:

1.  This Notice of Removal is founded and based upon a federal question pursuant to 28 U.S.C. §§ 1331 and 1441. Plaintiff, Sharon Royall ("Plaintiff"), originally filed this civil action on or about September 11, 2020, in the County Court at Law # 03 in and for Bexar County, Texas. Plaintiff is seeking monetary damages from the Defendant. As required by 28 U.S.C. § 1446(a), a copy of the process, pleadings, orders and other documents presently contained in the state court file and available for copying are attached to this Notice as Composite Exhibit "A."

A.  **CONSENT TO REMOVAL**

2.  ASSET ACCEPTANCE is the only named Defendant.

B. TIMELINESS OF REMOVAL

3. Asset Acceptance was served on September 18, 2020. Accordingly, this Notice of Removal is timely filed within thirty (30) days of the date of service pursuant to 28 U.S.C. § 1446(b).

C. THE VENUE REQUIREMENT IS MET

4. Venue of this removal is proper under 28 U.S.C. § 1441(a) because this Court is the United States District Court for the district and division corresponding to the place where the state-court action is pending.

D. FEDERAL QUESTION AT ISSUE

5. Plaintiff alleges purported claims under the Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692 - 1692p ("FDCPA") and the Texas Debt Collection Act, Tex. Fin. Code § 392 *et seq.* ("TDCA"). *See* Complaint at ¶¶ 1, 51 and ¶¶ 1, 61.

6. Plaintiff's Complaint is removable to the United States District Court for the Western District of Texas because the Complaint presents a federal question. Specifically, 28 U.S.C. § 1331 provides that "district courts shall have original jurisdiction over all civil actions arising under the Constitution, laws, or treaties of the United States." *See* 28 U.S.C. § 1331. Plaintiff's claims provide the basis for this Court's jurisdiction as he has brought suit under the laws of the United States. Accordingly, Asset Acceptance is entitled to remove this action in accordance with 28 U.S.C. § 1441(a).

E. NOTICE TO PARTIES AND TO THE CIRCUIT COURT

7. Written notice of the filing of this Notice of Removal is being served on Plaintiff, and a copy of this Notice of Removal is being filed with the Clerk of the Court in the County Court in and for Bexar County, Texas, in compliance with 28 U.S.C. 1446(d).

WHEREFORE, Asset Acceptance requests that the above-styled action now pending against it in the County Court in and for Bexar County, Texas, be removed to this Court.

Dated: October 19, 2020

By:    *s/ Cory W. Eichhorn*
       Cory W. Eichhorn
       cory.eichhorn@hklaw.com
       Bar No. 576761
       HOLLAND & KNIGHT LLP
       701 Brickell Avenue, Suite 3300
       Miami, FL 33131
       Telephone: (305) 374-8500
       Facsimile: (305) 789-7799

and

Kevin A. Teters
kevin.teters@hklaw.com
*Pro Hac Vice to be Filed*
HOLLAND & KNIGHT LLP
200 Crescent Court, Suite 1600
Dallas, TX 75201
Telephone: (214) 964-9408
Facsimile: (214) 964-9501

*Attorneys for Defendant*
*Asset Acceptance LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of October, 2020, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system. I also certify that the foregoing document is being served this day on counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing electronically.

       *s/ Cory W. Eichhorn*
       Cory W. Eichhorn